THE HONORABLE FRANKLIN D. BURGESS

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10 | JAMES W. FOWLER CO., an Oregon
corporation,

No. CV04-5400

11

Plaintiff,

STIPULATION AND ORDER
EXTENDING PRETRIAL
DEADLINES.

12

13

v.

14 | ACE AMERICAN INSURANCE
COMPANY, a Pennsylvania corporation,

**NOTE ON MOTION CALENDAR:
June 30, 2005**

15

Defendant.

16

## STIPULATION

17

18

The parities hereto, by and through their attorneys herein, herby stipulate to entry of

the Order below extending a number of pretrial deadlines set forth in this Court's Minute

19

20

Order Scheduling Jury Trial and Pretrial Dates dated November 22, 2004.

The parties stipulate to the short extensions so that they may each make more

21

22

meaningful expert disclosures after first having an adequate opportunity to review various

and voluminous documents subpoenaed from third parties.  Moreover, additional time is

23

24

needed to complete discovery depositions and allow the parties to attend a meaningful

mediation in advance of trial.  The parties need additional time to complete discovery, attend

25

26

mediation, and otherwise prepare for trial due to (1) the volume of documents subpoenaed

and produced to date by the parties and various fact witnesses, (2) the number of expert and

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:     (206) 292-8930

1  non-expert depositions that need to be arranged and taken in multiple local and out-of-state

2  locations (including Oregon, Georgia, and Texas), and (3) the complexities of the case,

3  including the involvement of governmental entities as witnesses (Pierce County).  While

4  both attorneys serving as co-counsel for Defendant ACE American Insurance Company also

5  have schedule conflicts that interfere with the currently scheduled trial date of October 31,

6  2005, Plaintiff would not stipulate to a continuance of the trial date at this time.

7  Consequently, ACE American may have to address that issue by motion to this Court.  For

8  the time being, however, this Stipulation and Order Extending Pretrial Deadlines leaves

9  untouched (1) the original due date for filing of trial briefs, motions in limine and the Pre-

10  Trial Order (September 29, 2005), and (2) the original trial date (October 31, 2005).

11

12          DATED this _____day of June, 2005.

13                                        BULLIVANT HOUSER BAILEY PC

14

15                                        By _____
                                             Scott M. Stickney, WSBA # 14540
                                             E-Mail:  scott.stickney@bullivant.com
16                                           Maria E. Sotirhos, WSBA # 21726
                                             E-Mail:  maria.sotirhos@bullivant.com
17
                                          Attorneys for Defendant
18                                        ACE American Insurance Company

19
                                          ANDERSON McPHARLIN & CONNERS, LLP
20

21                                        By _____
                                             Michael C. Phillips, Cal. St. Bar #48473
22                                           (admitted pro hac vice)
                                             E-Mail:  mcp@amclaw.com
23                                           Lisa L. Coplen, Cal. St. Bar #142726
                                             (admitted pro hac vice)
24                                           E-Mail:  llc@amclaw.com

25                                        Attorneys for Defendant
                                          ACE American Insurance Company
26

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930

STAFFORD FREY COOPER

By _____
    A. Richard Dykstra, WSBA # 5114
    E-Mail:  rdykstra@staffordfrey.com
    Stephanie L. Grassia, WSBA # 34907
    E-Mail:  sgrassia@staffordfrey.com

Attorneys for Plaintiff
James W. Fowler Co.

EKLUND ROCKEY STRATTON P.S.

By _____
    James T. Derrig, WSBA # 14540
    E-Mail:  jimderrig@erslaw.com

Attorneys for Plaintiff
James W. Fowler Co.

## **<u>ORDER</u>**

THIS matter having come before the Court on the parties' Stipulation and Order Extending Pretrial Deadlines, IT IS HEREBY

ORDERED as follows:

1.    Disclosure of expert witnesses and their opinions, originally set by the Court's Minute Order Scheduling Jury Trial and Pretrial Dates dated November 22, 2004 ("Minute Order") for April 25, 2005, and later moved by Stipulation and Order to June 24, 2005, is hereby reset to **July 11, 2005**.  The parties reserve the right for their experts to submit supplemental reports—if discovery occurring after the date the experts submit their original reports results in changed expert opinions—but by no means later than August 12, 2005.

2.    Disclosure of rebuttal experts and their opinions, originally set for May 24, 2005, and later moved by Stipulation and Order to July 22, 2005, is hereby reset to **August 12, 2005**.

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:   (206) 292-8930

3.      Objection to the oppositions' experts, originally set for June 23, 2005, is hereby reset to **August 19, 2005**.

4.      Discovery cut-off and filing date for amended pleadings, originally set for July 5, 2005, is hereby reset to **August 12, 2005**.  The extended discovery cut-off will apply to depositions and all discovery other than written discovery.  The parties agree that they will not serve new or additional written discovery requests to one another.

5.      Deadline for filing of all remaining motions, including DISPOSITIVE MOTIONS, originally set for July 22, 2005, is hereby reset to **August 19, 2005**.

6.      Deadline for filing of Trial Briefs, Motions in Limine, and lodging the Proposed Pre-Trial Order remains unchanged at **September 29, 2005**.

7.      Trial date remains unchanged at **October 31, 2005**.

8.       Last, the deadline by which to complete the mediation process required under Local Rule 39.1, originally set for July 13, 2005, is hereby reset to **August 15, 2005**.

DATED this 23rd day of June 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

Bullivant Houser Bailey PC

STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES.     Page 4
No. CV04-5400

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930

1   By_____
    Scott M. Stickney, WSBA # 14540
2   E-Mail:  scott.stickney@bullivant.com
    Maria E. Sotirhos, WSBA # 21726
3   E-Mail:  maria.sotirhos@bullivant.com

4   Attorneys for Defendant
    ACE American Insurance Company

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930

1   ANDERSON McPHARLIN & CONNERS, LLP

2

3   By_____
    Michael C. Phillips, Cal. St. Bar #48473 (admitted pro hac vice)
    E-Mail:  mcp@amclaw.com
4   Lisa L. Coplen, Cal. St. Bar #142726
    (admitted pro hac vice)
5   E-Mail:  llc@amclaw.com

6   Attorneys for Defendant
    ACE American Insurance Company
7

8   Approved as to form; Notice
    of Presentation Waived
9

10  STAFFORD FREY COOPER

11  By_____
12  A. Richard Dykstra, WSBA # 5114
    E-Mail:  rdykstra@staffordfrey.com
13  Stephanie L. Grassia, WSBA # 34907
    E-Mail:  sgrassia@staffordfrey.com
14
    Attorneys for Plaintiff
15  James W. Fowler Co.

16  EKLUND ROCKEY STRATTON P.S.

17

18  By_____
    James T. Derrig, WSBA # 14540
19  E-Mail:  jimderrig@erslaw.com

20  Attorneys for Plaintiff
    James W. Fowler Co.

21  3449889.1

22

23

24

25

26

STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES.    Page 6
No. CV04-5400

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930