THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES W. FOWLER CO., an Oregon corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>               Defendant. | No. CV04-5400<br><br>AMENDED STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES.<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 9, 2005** |

### **AMENDED STIPULATION**

The parties hereto, by and through their attorneys herein, herby stipulate to entry of the Order below, which further briefly extends various pretrial deadlines that were originally set forth in this Court's Minute Order Scheduling Jury Trial and Pretrial Dates dated November 22, 2004, and which were later extended by the parties' original Stipulation and Order Extending Pretrial Deadlines, which this Court entered on June 23, 2005.

The parties stipulate to the additional short extensions so that they may focus their efforts on continued settlement negotiations with mediator Deborah Youngblood without having to simultaneously meet numerous pre-trial deadlines.

The parties' Amended Stipulation herein also obviates the need for this Court to rule on Defendant ACE's Motion to Extend Discovery Cut-Off to Allow Completion of Two Lay

AMENDED STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES.
No. CV04-5400

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

Witness Deposition, which Motion was filed on August 5, 2005, and was set for hearing by this Court on August 16, 2005. ACE will be formally withdrawing that Motion.

Per the Stipulation and Order Extending Pretrial Deadlines entered by this Court on June 23, 2005, the parties were to attend mediation by August 15, 2005. In compliance with that Order, the parties began mediation on August 3, 2005, and have been in ongoing mediated settlement discussions since. A further brief extension of various remaining pretrial deadlines will allow the parties to focus on continued settlement efforts.

As this Court earlier denied Defendant ACE American Insurance Company's Motion to Extend Trial Date, **the parties Amended Stipulation herein does not alter the originally scheduled trial date of October 31, 2005.**

DATED this _____ day of August, 2005.

BULLIVANT HOUSER BAILEY PC

By _____
Scott M. Stickney, WSBA # 14540
E-Mail:  scott.stickney@bullivant.com
Maria E. Sotirhos, WSBA # 21726
E-Mail:  maria.sotirhos@bullivant.com

Attorneys for Defendant
ACE American Insurance Company

ANDERSON McPHARLIN & CONNERS, LLP

By _____
Michael C. Phillips, Cal. St. Bar #48473
(admitted pro hac vice)
E-Mail:  mcp@amclaw.com
Lisa L. Coplen, Cal. St. Bar #142726
(admitted pro hac vice)
E-Mail:  llc@amclaw.com

Attorneys for Defendant
ACE American Insurance Company

AMENDED STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES.
No. CV04-5400

Page 2

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930

STAFFORD FREY COOPER

By _____
A. Richard Dykstra, WSBA # 5114
E-Mail: rdykstra@staffordfrey.com
Stephanie L. Grassia, WSBA # 34907
E-Mail: sgrassia@staffordfrey.com

Attorneys for Plaintiff
James W. Fowler Co.

EKLUND ROCKEY STRATTON P.S.

By _____
James T. Derrig, WSBA # 14540
E-Mail: jimderrig@erslaw.com

Attorneys for Plaintiff
James W. Fowler Co.

## ORDER

THIS matter having come before the Court on the parties' Amended Stipulation and Order Extending Pretrial Deadlines, IT IS HEREBY

**ORDERED** as follows:

1. The date for disclosure of rebuttal experts and their opinions, and exchange of any rebuttal expert reports, is hereby reset to **August 26, 2005**.

2. The date for objections to the opposition's experts—both primary and rebuttal—is hereby reset to **August 31, 2005**.

3. For the limited purpose of allowing the depositions of Fred Hammond and Seth Schade, the discovery cut-off deadline is hereby reset to **August 31, 2005**. The parties are not to serve new or additional written discovery requests to one another, and they are not to note any additional depositions not already noted.

AMENDED STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES.
No. CV04-5400

Page 3

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

4. The parties agree to put off the damages-related deposition of David R. Streiff until after the mediation is completed.

5. The deadline for filing all remaining motions, including DISPOSITIVE MOTIONS, is hereby reset to **September 1, 2005**.

6. The deadline for filing Trial Briefs, Motions in Limine, and lodging the Proposed Pre-Trial Order is hereby reset to **October 6, 2005**.

7. The original trial date remains unchanged at **October 31, 2005**.

DATED this 9th day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

Bullivant Houser Bailey PC

By_____
Scott M. Stickney, WSBA # 14540
E-Mail: scott.stickney@bullivant.com
Maria E. Sotirhos, WSBA # 21726
E-Mail: maria.sotirhos@bullivant.com

Attorneys for Defendant
ACE American Insurance Company

ANDERSON McPHARLIN & CONNERS, LLP

By_____
Michael C. Phillips, Cal. St. Bar #48473 (admitted pro hac vice)
E-Mail: mcp@amclaw.com
Lisa L. Coplen, Cal. St. Bar #142726
(admitted pro hac vice)
E-Mail: llc@amclaw.com

Attorneys for Defendant
ACE American Insurance Company

AMENDED STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES.
No. CV04-5400  Page 4

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

```
```

Approved as to form; Notice of Presentation Waived

STAFFORD FREY COOPER

By _____
A. Richard Dykstra, WSBA # 5114
E-Mail: rdykstra@staffordfrey.com
Stephanie L. Grassia, WSBA # 34907
E-Mail: sgrassia@staffordfrey.com

Attorneys for Plaintiff
James W. Fowler Co.


EKLUND ROCKEY STRATTON P.S.

By _____
James T. Derrig, WSBA # 14540
E-Mail: jimderrig@erslaw.com

Attorneys for Plaintiff
James W. Fowler Co.

3456465.1

AMENDED STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES.
No. CV04-5400

Page 5

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930