The Honorable Franklin D. Burgess

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JAMES W. FOWLER CO., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | No.  CV 04-5400 FDB<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR:  September 14, 2005** |

### I.     STIPULATION

The parties to the above matter, by their attorneys of record, stipulate that James W. Fowler Co.'s actions against ACE American Insurance Company shall be dismissed with prejudice and without an award of costs to either party.  The motions currently pending before the court are moot.

S:\BURGESS\SHARE\BMiener\05 Sept 15 Fowler Stip Dismissal.doc
STIPULATION AND ORDER FOR DISMISSAL - 1
CV 04-5400 FDB

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374

TEL 206.623.9900  FAX 206.624.6885

DATED this 14th day of September 2005.

STAFFORD FREY COOPER

By  /s/ Via ECF
   A. Richard Dykstra, WSBA #5114
   E-mail: rdykstra@staffordfrey.com
   John E. D. Powell, WSBA #12941
   E-mail: jpowell@staffordfrey.com
   Stephanie L. Grassia, WSBA #34907
   E-mail: sgrassia@staffordfrey.com
   Attorneys for Plaintiff James W. Fowler Co.

EKLUND ROCKEY STRATTON P.S.

By  /s/ Via ECF
   James T. Derrig, WBSA #14540
   E-mail: jtdservice@erslaw.com
   Attorneys for Plaintiff James W. Fowler Co.

BULLIVANT HOUSER BAILEY PC

By  /s/ Via ECF
   Scott M. Stickney, WSBA #14540
   E-mail: scott.stickney@bullivant.com
   Maria E. Sotirhos, WSBA #21726
   E-mail: maria.sotirhos@bullivant.com
   Attorneys for Defendant ACE American Ins. Co.

ANDERSON McPHARLIN & CONNERS, LLP

By  /s/ Via ECF
   Michael C. Phillips, Cal. St. Bar #48473
   (admitted pro hac vice)
   E-mail: mcp@amclaw.com
   Lisa L. Coplen, Cal. St. Bar #142726
   (admitted pro hac vice)
   E-mail: llc@amclaw.com

S:\BURGESS\SHARE\BMiener\05 Sept 15 Fowler Stip Dismissal.doc
STIPULATION AND ORDER FOR DISMISSAL - 2
CV 04-5400 FDB

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

1  **II.   ORDER**

2  Based on the above stipulation of the parties, **It Is Ordered**:

3  1. James W. Fowler Co.'s actions against ACE American Insurance Company

4  shall be dismissed with prejudice; and

5  2. No award of costs shall be made to either party.

6

7  DONE THIS 15th day of September 2005.

8

9  FRANKLIN         D.         BURGESS
UNITED STATES DISTRICT JUDGE

10

11

12  PRESENTED BY:

13  STAFFORD FREY COOPER

14

15  By  /s/ Via ECF
A. Richard Dykstra, WSBA #5114
16  E-mail: rdykstra@staffordfrey.com
John E. D. Powell, WSBA #
17  E-mail: jpowell@staffordfrey.com
Stephanie L. Grassia, WSBA #34907
18  E-mail: sgrassia@staffordfrey.com
Attorneys for Plaintiff James W. Fowler Co.

19

20

21

22

23

S:\BURGESS\SHARE\BMiener\05 Sept 15 Fowler Stip Dismissal.doc
STIPULATION AND ORDER FOR DISMISSAL - 3
CV 04-5400 FDB

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374

TEL 206.623.9900  FAX 206.624.6885

# CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled ***Stipulation and Order for Dismissal*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

**Scott M. Stickney**
    WSBA #14540
    Email:  scott.stickney@bullivant.com
**Maria E. Sotirhos**
    WSBA #21726
    Email:  maria.sotirhos@bullivant.com
**Bullivant Houser Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle WA  98101
Tel:  206 292 8930
Fax:  206 386 5130


**Lisa LeNay Coplen**
    Email:  llc@amclaw.com
**Michael C. Phillips**
    Email:  mcp@amclaw.com
**Anderson McPharlin & Conners LLP**
444 South Flower Street, 31st Floor
Los Angeles CA  90071-2901
Tel:  213 236 1608
Fax:  213 622 7594


**James T. Derrig**
    Email:  jtdservice@erslaw.com
Eklund Rockey Stratton P.S.
521 Second Avenue West
Seattle WA  98119-3927
Tel:  206 223 1688


DATED this 14th day of September, 2005, at Seattle, Washington.


/s/ Stephanie L. Grassia via ECF
Stephanie L. Grassia, WSBA #34907

---

S:\BURGESS\SHARE\BMiener\05 Sept 15 Fowler Stip Dismissal.doc
STIPULATION AND ORDER FOR DISMISSAL - 4
CV 04-5400 FDB

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374

TEL 206.623.9900   FAX 206.624.6885